IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMAAL HOWARD | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv256 |
| DIRECTOR, TDCJ-CID | § | |

O R D E R

Came on for consideration, the Director's Unopposed Motion for Extension of Time With Brief in Support (docket entry #9). The Director asserts that additional time is necessary to respond to Petitioner's Motion for Leave to File Application for Authorization for Funding and Appointment of Mitigation Investigator Ex Parte and Under Seal, citing the schedule of counsel. The Director seeks a 14-day extension of time to September 17, 2013, in which to file a response to Petitioner's Motion for Leave. Petitioner does not oppose the motion. Having considered the motion, it is accordingly

**ORDERED** that the Director's Unopposed Motion for Extension of Time (docket entry #9) is **GRANTED**. It is further

**ORDERED** that the Director shall file his response on or before September 17, 2013.

**SIGNED this 6th day of September, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE